# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-0682 |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 16th day of March, 2026, upon consideration of Plaintiff Andrew

Fullman's Amended Complaint (ECF No. 40), it is **ORDERED** that:

1.    The Amended Complaint is **DISMISSED** for the reasons stated in the Court's

Memorandum as follows:

    a.  All federal claims are **DISMISSED WITH PREJUDICE**.

    b.  All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of

subject matter jurisdiction.

2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                **BY THE COURT:**

                **S/ WENDY BEETLESTONE**

                _____

                **WENDY BEETLESTONE, C.J.**